IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MAHOGANNÉ SOUL, | § | |
| | § | No. 424, 2020 |
| Plaintiff Below- | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. K20C-07-025 |
| DENISE LAVERN STEPHENS | § | |
| and SARAH E. WILSON, | § | |
| | § | |
| Defendants Below- | § | |
| Appellees. | § | |

Submitted: September 10, 2021
Decided: October 25, 2021

Before **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES** Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of its orders dated November 10, 2020 and November 30, 2020. Even assuming that the statute of limitations for some of the appellant's claims did not expire until May 2020 and was therefore extended through July 1, 2020 by this Court's Administrative Order No. 7, the appellant did not file her complaint until July 15, 2020, after the statute of limitations had expired for all of her claims.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice